IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC<br>d/b/a BALFOUR BEATTY<br>COMMUNITIES,<br><br>    Plaintiff,<br><br>    v.<br><br>TITUS JOHNSON and JACQUELINE<br>JOHNSON,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CV 119-169 |

**O R D E R**

Before the Court is Plaintiff Fort Gordon Housing, LLC's Notice of Voluntary Dismissal. Because Defendants Titus and Jacqueline Johnson have neither answered the complaint nor moved for summary judgment, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear their own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this ___8th___ day of October, 2019.

                                                      J. RANDAL HALL, CHIEF JUDGE
                                                      UNITED STATES DISTRICT JUDGE
                                                      ~~SOUTHE~~RN DISTRICT OF GEORGIA